CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 24 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANET HILTON-WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) | Civil Action No. 7:05cv00674 <br><br> By: Michael F. Urbanski <br> United States Magistrate Judge |

## FINAL ORDER

For the reasons stated in a Memorandum Opinion filed this day, it is **ORDERED** that defendant's motion for summary judgment is hereby **GRANTED**.

The Clerk of Court is hereby directed to send a certified copy of this Memorandum Opinion and Order to all counsel of record.

ENTER: This 24th day of October, 2006.

_____
Michael F. Urbanski
United States Magistrate Judge